IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOBLEWOOD IP LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>WOLTERS KLUWER U.S. CORPORATION,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-690-VAC-SRF<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Noblewood IP LLC ("Plaintiff") and Defendant Wolters Kluwer U.S. Corporation ("Defendant"), through their undersigned counsel and subject to the approval of the Court, that the time for Defendant to move against, answer, or otherwise respond to the Complaint in the above-captioned action (D.I. 1) is hereby extended to and including July 25, 2022.

| CHONG LAW FIRM PA | YOUNG CONAWAY STARGATT<br>    & TAYLOR, LLP |
|---|---|
| /s/ Jimmy Chong | /s/ Anne Shea Gaza |
| Jimmy Chong (No. 4839)<br>2961 Centerville Rd., Suite 350<br>Wilmington, DE 19808<br>(302) 999-9480<br>chong@chonglawfirm.com | Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com |
| *Attorneys for Plaintiff*<br> *Noblewood IP LLC* | *Attorneys for Defendant*<br>*Wolters Kluwer U.S. Corporation* |
| Dated: June 21, 2022 | |

SO ORDERED this ___ day of _____, 2022.

_____
United States Magistrate Judge

29471729.1